UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Lisa Fagan v. Bayer Corporation, et al.* | No. 12-cv-11155-DRH |
| *Kirsten Leigh Ann Seuffert v. Bayer Corporation, et al.* | No. 10-cv-12393-DRH |
| *Patti Conard v. Bayer Corporation, et al.* | No. 10-cv-20114-DRH |
| *Catherine Drew v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11329-DRH |
| *Tia Jenkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20098-DRH |
| *Dana Knuckles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11851-DRH |
| *Bonnie Laurion v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10049-DRH |
| *Lana Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10642-DRH |
| *Donna Smargiassi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11069-DRH |
| *Celena Stewart, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12061-DRH |
| *Sarah Haymaker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10201-DRH |
| *Amy Rogers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11169-DRH |
| *Elizabeth Ashmore v. Bayer HealthCare Pharmaceuticals, et al.* | No. 12-cv-11551-DRH |

| | |
|---|---|
| *Shannon MacCready v. Bayer Corporation, et al.* | No. 10-cv-12511-DRH |
| *Samara Pelzel v. Bayer Corporation, et al.* | No. 12-cv-10552-DRH |
| *Alondra Scott v. Bayer Corporation, et al.* | No. 10-cv-10464-DRH |
| *Amanda Wolfe v. Bayer Corporation, et al.* | No. 12-cv-10370-DRH |
| *Kiona Wright v. Bayer Corporation, et al.* | No. 12-cv-10416-DRH |
| *Rosanne Spillson Schoenberger, et al. v. Bayer Corporation, et al.* | No. 13-cv-10532-DRH |
| *Jennifer Stefanik, et al. v. Bayer Corporation, et al.* | No. 10-cv-13653-DRH |
| *Tina Rawls v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10268-DRH |
| *Deborah Kay Lane-Christian, et al. v. Baye Corporation, et al.* | No. 09-cv-20029-DRH |
| *Raelynn Hunter v. Bayer HealthCare AG, et al.* | No. 10-cv-20142-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 6, 2015 and May 7, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

Digitally signed by David R. Herndon
Date: 2015.05.08 11:10:29 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**